IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| NATALIA POTANINA, | ) | |
| | ) | Case No. 5:14-MC-00003-C |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Judge Sam R. Cummings |
| | ) | |
| GLOBE ENERGY SERVICES, LLC, | ) | |
| TROY BOTTS, JR. | ) | |
| | ) | |
| Respondents. | ) | |

## ORDER APPROVING SETTLEMENT AGREEMENT AND GRANTING JOINT MOTION CONCERNING PETITIONER'S SUBPOENAS

Upon consideration of Petitioner Natalia Potanina ("Petitioner") and Respondents Globe Energy Services, LLC and Troy Botts, Jr.'s (collectively, "Respondents") Settlement Agreement and Joint Motion Concerning Petitioner's Subpoenas, it is hereby:

**ORDERED** that the Parties' Settlement Agreement is **APPROVED and SO ORDERED**, and the Joint Motion Concerning Petitioner's Subpoenas is also **GRANTED AND SO ORDERED**. It is further

**ORDERED** that the Agreed Protective Order submitted by the Parties is hereby **APPROVED and SO ORDERED**. It is further

**ORDERED** that this matter is hereby closed, each party to bear their own costs.

Signed this 2nd day of April, 2014.

_____
Hon. Sam R. Cummings
United States District Judge